DAVID B. LOWRY  FILED'06 MAY 05 09:00USDC-ORP
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Edward Paden**

**Plaintiff,**

vs.                                           Civil No. 05-cv-01020-ST

**Commissioner of Social Security**

**ORDER GRANTING AWARD**
**Defendant.**                                **OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $3.03, costs in the amount of $15.20, and attorney's fees in the amount of $5115.60 for total in the amount of $5133.60, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 4 day of May, 2006.

_____
Judge

Page 1 - ORDER GRANTING AWARD OF EAJA FEES